Case 1:08-cv-10977-NRB   Document 30   Filed 04/05/2010   Page 1 of 2

Buchwald

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
PIERRE J.M. SERNET                      :
                                        :   No.: 08-cv-10977 (NRB) (JCF)
            Plaintiff,                  :
                                        :
    vs.                                 :   **STIPULATION OF DISMISSAL**
                                        :   **WITH PREJUDICE**
DOMINICK & DOMINICK LLC,                :
KEVIN P. MURPHY, ANTHONY S.             :
CORBETT AND MICHAEL J. CAMPBELL         :
                                        :
            Defendants.                 :
----------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties to this litigation, that Plaintiff Pierre J.M. Sernet hereby dismisses, **with prejudice**, any and all claims, causes of action and allegations as set forth in his Complaint, against Defendants Dominick & Dominick LLC, Kevin P. Murphy, Anthony S. Corbett and Michael J. Campbell, without costs against any party.

LAW OFFICES of STUART L. MELNICK, LLC
Attorneys for Plaintiff Pierre J.M. Sernet

By: _____
    Stuart L. Melnick

Dated: March 29, 2010

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Defendants
Kevin P. Murphy, Anthony
S. Corbett, and Michael J. Campbell

By: _____
    Brian F. Amery

Dated: March ___, 2010

**HERRICK, FEINSTEIN LLP**
Attorneys for Defendant Dominick & Dominick LLC

By: _____
    John Oleske

**Dated:** March 23, 2010

So Ordered:

_____
U.S.D.J.

Dated: April 7, 2010